**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| **ZIMMER, INC.** | : | **CASE NO. 3:11-CV-397** |
| **Plaintiff,** | : | **Judge Thomas M. Rose**<br>**Magistrate Judge Sharon L. Ovington** |
| v. | : | |
| **ELK & ELK CO., LTD.** | : | |
| **Defendant.** | : | |

**DISMISSAL ENTRY**

This matter having been fully compromised and settled between the parties, all claims are hereby dismissed with prejudice.

DATED:	July 19, 2012	s/Thomas M. Rose

UNITED STATES DISTRICT JUDGE

To the Clerk:

**DISTRIBUTION:**

jay.yeager@faegrebd.com
april.sellers@faegrebd.com
kyle.osting@faegrebd.com
bwildermuth@swohiolaw.com
hwatson@swohiolaw.com
glockhart@taftlaw.com
vniles@taftlaw.com

80627918.1

Approved by:

/s/ Brian L. Wildermuth
Brian L. Wildermuth (0066303)
Trial Attorney
bwildermuth@swohiolaw.com
Halli Brownfield Watson (0082466)
hwatson@swohiolaw.com
SUBASHI & WILDERMUTH
The Greene Town Center
50 Chestnut Street, Suite 230
Dayton, Ohio 45440-1385
Phone: (937) 427-8800
Fax: (937) 427-8816
*Attorneys for Defendant Elk & Elk Co., Ltd.*


/s/ Victoria L. Nilles
Gregory G. Lockhart (0007791)
glockhart@taftlaw.com
Victoria L. Nilles (0076616)
vnilles@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
40 North Main Street, Suite 1700
Dayton, OH 45423
*Attorneys for Plaintiff, Zimmer, Inc.*

2